EVERYMD LLC, Appellant

v.

FACEBOOK, INC., Appellee.

No. 2015–1924.

United States Court of Appeals,
Federal Circuit.

March 28, 2016.

Frank Michael Weyer, Techcoastlaw,
Los Angeles, CA, for appellant.

Heidi Lyn Keefe, Cooley LLP, Palo
Alto, CA, for appellee. Also represented
by Reuben Ho–Yen Chen, Mark R. Wein-
stein.

O'MALLEY, WALLACH, and
HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and con-
sidered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**